584 A.2d 250
STATE OF NEW JERSEY v. ALBERT SHAVE.

June 11, 1990.

Petition for certification denied.

584 A.2d 250
STATE OF NEW JERSEY v. JORGE ZAMORANO.

June 11, 1990.

Petition for certification denied.

584 A.2d 250
STATE OF NEW JERSEY v. WILLIAM H. FORD.

June 11, 1990.

Petition for certification denied.

584 A.2d 250
STATE OF NEW JERSEY v. J.W.B.

June 11, 1990.

Petition for certification denied.

584 A.2d 251
STATE OF NEW JERSEY v. JOHN MANDICH.

June 11, 1990.

Petition for certification denied.